IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL DOUGLAS KUHN**                                                                 **PLAINTIFF**

V.                            CASE NO. 5:22-CV-5239

**OFFICER KRISTOPHER MARTINEZ;**
**DEPUTY TRAVIS BILBREY;**
**CORPORAL KURT CORLEY;**
**CORPORAL COLE SELF;**
**DEPUTY CHRISTOPER DRUMRIGHT;**
**SERGEANT BRAD MORGAN;**
**CORPORAL CODY REX;**
**and DEPUTY ROBERT SMITH**                                                              **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 43) filed in this case on January 17, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 18) is **GRANTED**.  The case is therefore **DISMISSED WITH PREJUDICE**.  Judgment shall enter accordingly.

**IT IS SO ORDERED** on this 6th day of February, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE