IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL DOUGLAS KUHN**                                                               **PLAINTIFF**

V.                            **CASE NO. 5:22-CV-5239**

**OFFICER KRISTOPHER MARTINEZ;
DEPUTY TRAVIS BILBREY;
CORPORAL KURT CORLEY;
CORPORAL COLE SELF;
DEPUTY CHRISTOPER DRUMRIGHT;
SERGEANT BRAD MORGAN;
CORPORAL CODY REX;
and DEPUTY ROBERT SMITH**                                 **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 6th day of February, 2024.

                                                                  */s/ Timothy L. Brooks*
                                                                  TIMOTHY L. BROOKS
                                                                  UNITED STATES DISTRICT JUDGE